

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00031-CV

| | | |
|---|---|---|
| BIRCHMAN BAPTIST CHURCH, Appellant | § | On Appeal from the 393rd District Court |
| v. | § | of Denton County (14-10277-393) |
| SCARLETTE RAFFERTY ELLIOTT, INDIVIDUALLY AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF SEAN CHRISTIAN RAFFERTY, AND SEAN PAUL RAFFERTY, INDIVIDUALLY, | § | November 21, 2018 |
| Appellees | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellees Scarlette Rafferty Elliott, Individually and as the Personal Representative of the Estate of Sean Christian Rafferty, and Sean Paul Rafferty, Individually shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mark T. Pittman_____
    Justice Mark T. Pittman